IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

STEVIE LAMAR WELLS PLAINTIFF

v. Case No. 4:26-cv-4046

DEXTER PAYNE RESPONDENT

**ORDER**

Before the Court is a Report and Recommendation ("R&R") issued by the Honorable Spencer G. Singleton, United States Magistrate Judge for the Western District of Arkansas. ECF No. 7. Judge Singleton recommended that Petitioner's Petition for Writ of Habeas Corpus (ECF No. 1) be dismissed without prejudice for failure to obey orders of the Court and for failure to prosecute this matter. Petitioner has not objected to the R&R, and the time to do so has passed. See 28 U.S.C. § 636(b)(1).

Upon review, finding no clear error on the face of the record and that Judge Singleton's reasoning is sound, the Court adopts the R&R (ECF No. 7) in its entirety. Accordingly, Petitioner's Petition for Writ of Habeas Corpus (ECF No. 1) is hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 18th day of September, 2026.

/s/ John Thomas Shepherd
John Thomas Shepherd
United States District Judge